In the Matter of the Application of Metropolitan Apartments, Inc., Respond-

ent, for an Order Discharging a Certain Mechanic's Lien Filed by OTIS ELEVATOR COMPANY, Appellant, against Real Property, upon Filing an Undertaking.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.